**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

|  |  |
|---|---|
| **ROSALBA HERRERA**, *et al.*, | * |
| Plaintiffs, | * |
| v. | * Case No.: PWG-12-3253 |
| **HAKAN ILHAN**, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the Memorandum Opinion signed this same date, it is hereby ORDERED that

1. Defendants' Motion to Dismiss Plaintiff Ramirez's Complaint, ECF No. 14, which the Court construes as a motion for summary judgment, is GRANTED;

2. Plaintiffs/Counter-Defendants Alas and Herrera's Motion to Dismiss Defendant/Counter-Plaintiff First Annex's Counterclaim, ECF No. 17, is GRANTED; and

3. Defendant/Counter-Plaintiff First Annex's request for leave to amend its Counterclaim is hereby GRANTED. Counter-Plaintiff shall file with the Court and serve Defendants with its Amended Counterclaim no later than July 10, 2013.

Dated: June 20, 2013                                      /S/
                                                                         Paul W. Grimm
                                                                         United States District Judge

lyb